JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL PALOMO, | CASE NO. 8:10-cv-00041-CJC (MLGx) |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| UNIQUE NATIONAL COLLECTIONS, | |
| Defendant. | |

    The Court has reviewed the Stipulation of Plaintiff MICHAEL PALOMO and Defendant UNIQUE MANAGEMENT SERVICES, INC. dba UNIQUE NATIONAL COLLECTIONS to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

**1**

06185.00/163704

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: _May 17, 2010

_____
UNITED STATES DISTRICT COURT JUDGE